# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | NINTH CIRCUIT COURT OF APPEALS | 08/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS
125 S. GRAND AVENUE
PASADENA, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | |
| 2. | Board member | |
| 3. | Advisory member | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA | | | | | | | | | |
| 2. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | D | Dividend | N | T | Buy | 01/27/12 | J | | |
| 3. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 02/27/12 | J | | |
| 4. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 03/29/12 | J | | |
| 5. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 04/27/12 | J | | |
| 6. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 05/30/12 | J | | |
| 7. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 06/28/12 | J | | |
| 8. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 07/30/12 | J | | |
| 9. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 08/30/12 | J | | |
| 10. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 09/27/12 | J | | |
| 11. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 10/31/12 | J | | |
| 12. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 11/29/12 | J | | |
| 13. AMERICAN FUNDS CAPITAL CORE BOND FUND (CCBPX) | | | | | Buy | 12/13/12 | J | | |
| 14. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL F2 | D | Dividend | O | T | Buy | 03/16/12 | J | | |
| 15. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL F2 | | | | | Buy | 06/15/12 | J | | |
| 16. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL F2 | | | | | Buy | 09/21/12 | J | | |
| 17. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL F2 | | | | | Buy | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | D | Dividend | O | T | Sold (part) | 1/25/12 | J | | |
| 19. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 4/25/12 | J | | |
| 20. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 7/25/12 | J | | |
| 21. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 8/23/12 | J | | |
| 22. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 10/23/12 | J | | |
| 23. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 12/21/12 | J | | |
| 24. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | | | | | Sold (part) | 12/24/12 | J | | |
| 25. SSGA US GOV MONEY MARKET FUND (SSGXX) | | None | J | T | | | | | |
| 26. TRUST #1 | | | | | | | | | |
| 27. Citibank Money Market Act | A | Interest | | | Closed | 8/22/12 | K | | |
| 28. Schwab Pension Acct (IRA) | | | | | | | | | |
| 29. Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 30. Allscripts Healthcare | A | Dividend | | | Buy | 02/22/12 | K | | |
| 31. Allscripts Healthcare | | | | | Sold | 11/19/12 | K | | |
| 32. American Express Com Stock | A | Dividend | K | T | | | | | |
| 33. Apache Corp Com Stock | A | Dividend | K | T | | | | | |
| 34. Apple Corp Com Stock | A | Dividend | K | T | Sold (part) | 03/28/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Barrick Gold Corp | A | Dividend | K | T | Buy | 06/07/12 | K | | |
| 36. Bershire Hathaway | | None | K | T | | | | | |
| 37. BHP Billiton Com Stock | A | Dividend | K | T | | | | | |
| 38. Blackrock Inc Com Stock | A | Dividend | K | T | | | | | |
| 39. Broadcom Corp Com Stock | A | Dividend | K | T | | | | | |
| 40. Cerner Corp Com Stock | | None | K | T | | | | | |
| 41. Chevron Corp Com Stock | B | Dividend | K | T | | | | | |
| 42. Cisco Systems Com Stock | A | Dividend | | | Sold | 03/28/12 | K | | |
| 43. Colgate-Palmolive Com Stock | A | Dividend | K | T | | | | | |
| 44. Conocophillips Com Stock | B | Dividend | K | T | | | | | |
| 45. Cummins Inc | A | Dividend | K | T | Buy | 03/28/12 | K | | |
| 46. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 47. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 48. DuPont Co Com Stock | A | Dividend | K | T | | | | | |
| 49. EMC Corp Com Stock | | None | K | T | Sold (part) | 02/23/12 | J | A | |
| 50. GE Com Stock | B | Dividend | K | T | | | | | |
| 51. Google Inc Com Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Home Depot Inc Com Stock | A | Dividend | | | Sold | 5/24/12 | K | D | |
| 53. IBM Com Stock | A | Dividend | K | T | | | | | |
| 54. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 55. Intuit Inc | A | Dividend | K | T | Buy | 2/24/12 | K | | |
| 56. JP Morgan Chase Com Stock | A | Dividend | K | T | | | | | |
| 57. Lowes Companies | A | Dividend | K | T | Buy | 05/23/12 | K | | |
| 58. Mead Johnson | A | Dividend | K | T | Buy | 08/01/12 | K | | |
| 59. Merck & Co Com Stock | B | Dividend | K | T | | | | | |
| 60. Nextera Energy | B | Dividend | K | T | Sold (part) | 05/23/12 | J | B | |
| 61. Nike Inc Com Stock | B | Dividend | K | T | | | | | |
| 62. Oracle Corp | A | Dividend | K | T | | | | | |
| 63. Pepsico Inc Com Stock | B | Dividend | K | T | | | | | |
| 64. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 65. Qualcomm Inc. Com Stock | A | Dividend | K | T | Sold (part) | 02/29/12 | J | B | |
| 66. Roche Hldg Ltd | | None | K | T | | | | | |
| 67. SEI Investments | A | Dividend | | | Sold | 01/11/12 | K | | |
| 68. Schlumberger Ltd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 70. Target Corp Com Stock | A | Dividend | K | T | Sold (part) | 08/06/12 | J | A | |
| 71. Teva Pharm ADR Com Stock | A | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 72. Transocean Inc Com Stock | | None | | | Sold | 02/21/12 | K | | |
| 73. Union Pacific Corp Com Stock | A | Dividend | K | T | Sold (part) | 05/23/12 | J | A | |
| 74. Verizon Com Stock | B | Dividend | K | T | Sold (part) | 05/23/12 | J | B | |
| 75. Zimmer Holdings Com Stock | A | Dividend | | | Sold | 11/19/12 | K | | |
| 76. 1 Shares MSCI Brazil Index | A | Dividend | L | T | | | | | |
| 77. 1Shares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 78. 1Shares Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 79. Vanguard Emerging Market Fund | A | Dividend | K | T | | | | | |
| 80. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 81. 3M COMPANY (MMM) | B | Dividend | | | Sold (part) | 02/22/12 | K | D | |
| 82. 3M COMPANY (MMM) | | | | | Sold | 11/13/12 | L | D | |
| 83. ACCENTURE PLC US$ (ACN) | B | Dividend | K | T | Buy | 1/12/12 | J | | |
| 84. ACCENTURE PLC US$ (ACN) | | | | | Buy | 1/17/12 | K | | |
| 85. ACCENTURE PLC US$ (ACN) | | | | | Buy | 1/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ACCENTURE PLC US$ (ACN) | | | | | Buy | 1/19/12 | J | | |
| 87. ACCENTURE PLC US$ (ACN) | | | | | Buy | 1/20/12 | J | | |
| 88. ACCENTURE PLC US$ (ACN) | | | | | Sold (part) | 8/17/12 | J | A | |
| 89. ACCENTURE PLC US$ (ACN) | | | | | Sold (part) | 8/20/12 | J | A | |
| 90. ACCENTURE PLC US$ (ACN) | | | | | Sold (part) | 09/27/12 | K | C | |
| 91. ACCENTURE PLC US$ (ACN) | | | | | Sold (part) | 12/6/12 | K | D | |
| 92. ACE LTD (ACE) | B | Dividend | J | T | Buy | 09/25/12 | J | | |
| 93. ACE LTD (ACE) | | | | | Buy | 09/26/12 | K | | |
| 94. ACE LTD (ACE) | | | | | Sold (part) | 09/27/12 | K | A | |
| 95. ACE LTD (ACE) | | | | | Sold (part) | 12/6/12 | K | D | |
| 96. AFLAC INC (AFL) | B | Dividend | K | T | Sold (part) | 9/27/12 | J | A | |
| 97. AFLAC INC (AFL) | | | | | Sold (part) | 12/6/12 | K | C | |
| 98. AGILENT TECHNOLOGIES INC (A) | A | Dividend | J | T | Sold (part) | 1/19/12 | J | C | |
| 99. AGILENT TECHNOLOGIES INC (A) | | | | | Sold (part) | 12/6/12 | J | C | |
| 100. AIR PRODUCTS & CHEMICALS INC (APD) | C | Dividend | L | T | Sold (part) | 9/27/12 | K | E | |
| 101. AIR PRODUCTS & CHEMICALS INC (APD) | | | | | Sold (part) | 12/6/12 | K | D | |
| 102. ALLEGHENY TECHNOLOGIES INC (ATI) | B | Dividend | K | T | Sold (part) | 5/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 05/25/12 | J | A | |
| 104. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 05/29/12 | J | B | |
| 105. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 05/30/12 | J | A | |
| 106. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 05/31/12 | J | A | |
| 107. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 06/01/12 | J | A | |
| 108. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 06/04/12 | J | A | |
| 109. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 09/27/12 | K | A | |
| 110. ALLEGHENY TECHNOLOGIES INC (ATI) | | | | | Sold (part) | 12/6/12 | J | A | |
| 111. ALLERGAN INC (AGN) | A | Dividend | L | T | Sold (part) | 7/9/12 | J | C | |
| 112. ALLERGAN INC (AGN) | | | | | Sold (part) | 7/10/12 | J | C | |
| 113. ALLERGAN INC (AGN) | | | | | Sold (part) | 7/11/12 | J | C | |
| 114. ALLERGAN INC (AGN) | | | | | Sold (part) | 09/27/12 | K | E | |
| 115. ALLERGAN INC (AGN) | | | | | Sold (part) | 12/6/12 | K | E | |
| 116. ALLSTATE CORP (THE) (ALL) | A | Dividend | | | Sold (part) | 09/25/12 | J | C | |
| 117. ALLSTATE CORP (THE) (ALL) | | | | | Sold (part) | 09/26/12 | J | C | |
| 118. ALLSTATE CORP (THE) (ALL) | | | | | Sold (part) | 09/27/12 | J | B | |
| 119. ALLSTATE CORP (THE) (ALL) | | | | | Sold | 09/27/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMERICAN TOWER COALLERGAN INC (AGN) RP CL A | B | Dividend | L | T | Buy | 1/10/12 | K | | |
| 121. AMERICAN TOWER COALLERGAN INC (AGN) RP CL A | | | | | Sold (part) | 05/25/12 | K | D | |
| 122. AMERICAN TOWER COALLERGAN INC (AGN) RP CL A | | | | | Sold (part) | 09/27/12 | K | D | |
| 123. AMERICAN TOWER COALLERGAN INC (AGN) RP CL A | | | | | Sold (part) | 12/6/12 | L | E | |
| 124. AON CORP | A | Dividend | K | T | Sold (part) | 12/6/12 | J | B | |
| 125. APPLE INC (AAPL) | B | Dividend | L | T | Buy | 01/10/12 | L | | |
| 126. APPLE INC (AAPL) | | | | | Sold (part) | 12/6/12 | L | E | |
| 127. AT&T, INC. | | None | | | Sold | 1/4/12 | J | A | |
| 128. BARRICK GOLD CORP US$ (ABX) | A | Dividend | K | T | Sold (part) | 1/24/12 | J | C | |
| 129. BARRICK GOLD CORP US$ (ABX) | | | | | Sold (part) | 5/24/12 | K | D | |
| 130. BARRICK GOLD CORP US$ (ABX) | | | | | Sold (part) | 09/27/12 | J | C | |
| 131. BARRICK GOLD CORP US$ (ABX) | | | | | Sold (part) | 12/6/12 | J | B | |
| 132. BAY AREA TOLL AUTH___ CA VAR 04/01/45 | A | Interest | M | T | Buy | 8/24/12 | M | | |
| 133. BB&T CORP (BBT) | C | Dividend | L | T | Buy | 1/13/12 | J | | |
| 134. BB&T CORP (BBT) | | | | | Sold (part) | 9/27/12 | K | D | |
| 135. BB&T CORP (BBT) | | | | | Sold (part) | 12/6/12 | K | B | |
| 136. BEAM INC (BEAM) | | None | K | T | Buy | 11/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BEAM INC (BEAM) | | | | | Buy | 11/12/12 | J | | |
| 138. BEAM INC (BEAM) | | | | | Buy | 11/13/12 | J | | |
| 139. BEAM INC (BEAM) | | | | | Buy | 11/13/12 | J | | |
| 140. BEAM INC (BEAM) | | | | | Buy | 11/14/12 | J | | |
| 141. BEAM INC (BEAM) | | | | | Buy | 11/14/12 | J | | |
| 142. BEAM INC (BEAM) | | | | | Buy | 11/15/12 | J | | |
| 143. BEAM INC (BEAM) | | | | | Buy | 11/16/12 | J | | |
| 144. BEAM INC (BEAM) | | | | | Buy | 11/19/12 | J | | |
| 145. BEAM INC (BEAM) | | | | | Buy | 11/20/12 | J | | |
| 146. BEAM INC (BEAM) | | | | | Buy | 11/20/12 | J | | |
| 147. BEAM INC (BEAM) | | | | | Buy | 11/26/12 | J | | |
| 148. BEAM INC (BEAM) | | | | | Buy | 11/27/12 | J | | |
| 149. BEAM INC (BEAM) | | | | | Sold (part) | 12/6/12 | K | B | |
| 150. BLACKROCK INC (BLK) | B | Dividend | K | T | Buy | 2/2/12 | K | | |
| 151. BLACKROCK INC (BLK) | | | | | Buy | 2/10/12 | K | | |
| 152. BLACKROCK INC (BLK) | | | | | Buy | 3/5/12 | K | | |
| 153. BLACKROCK INC (BLK) | | | | | Buy | 5/23/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BLACKROCK INC (BLK) | | | | | Sold (part) | 9/27/12 | K | A | |
| 155. BLACKROCK INC (BLK) | | | | | Sold (part) | 12/6/12 | K | A | |
| 156. BOEING CO (BA) | A | Dividend | K | T | Sold (part) | 9/27/12 | J | C | |
| 157. BOEING CO (BA) | | | | | Sold (part) | 12/6/12 | J | D | |
| 158. BRISTON MYERS SQUIBB CO (BMY) | D | Dividend | L | T | Buy | 1/10/12 | K | | |
| 159. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/13/12 | K | | |
| 160. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/13/12 | J | | |
| 161. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/16/12 | J | | |
| 162. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/16/12 | J | | |
| 163. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/16/12 | J | | |
| 164. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/17/12 | J | | |
| 165. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/17/12 | J | | |
| 166. BRISTON MYERS SQUIBB CO (BMY) | | | | | Buy | 4/18/12 | K | | |
| 167. BRISTON MYERS SQUIBB CO (BMY) | | | | | Sold (part) | 9/27/12 | L | A | |
| 168. BRISTON MYERS SQUIBB CO (BMY) | | | | | Sold (part) | 12/6/12 | L | C | |
| 169. BROADCOM CORP (BRCM) | B | Dividend | K | T | Sold (part) | 9/27/12 | K | B | |
| 170. BROADCOM CORP (BRCM) | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BROCADE COMMUNICATIONS SYS INC | | None | | | Sold (part) | 1/4/12 | J | C | |
| 172. BROCADE COMMUNICATIONS | | | | | Sold | 1/5/12 | J | B | |
| 173. BURKE GA OGLETHORPE PWR E SF 7.0% 01/01/23 | D | Interest | | | Sold | 9/28/12 | M | E | |
| 174. CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 175. CA HLTH FAC CEDAR-SINAI MED 5.0% 8/15/21 | D | Interest | M | T | Buy | 2/6/12 | M | | |
| 176. CA PUB WKS REGENTS UNIV CA C1 5% 03/01/19 | D | Interest | M | T | | | | | |
| 177. CA ST DWR PWRSUPPLY REV 5.0% 05/01/21 | C | Interest | | | Sold | 09/28/12 | M | E | |
| 178. CA ST ECON REC 09A 5.0% 07/01/20 | B | Interest | M | T | Buy | 01/12/12 | M | | |
| 179. CA ST GO 6.25% 09/1/12 | B | Interest | | | Matured | 09/04/12 | M | A | |
| 180. CA ST GO 5.0% 02/01/20 | A | Interest | M | T | Buy | 09/05/12 | M | | |
| 181. CA ST GO NATL 5.0% 06/01/15 | D | Interest | M | T | | | | | |
| 182. CA ST JOSEPH HELTH HOSP CA-F AGM 5.25% 07/11/16 | D | Interest | M | T | | | | | |
| 183. CA ST RANS 11A2 2.0% 06/26/12 | B | Interest | | | Matured | 06/26/12 | L | A | |
| 184. CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11/01/17 | D | Interest | M | T | | | | | |
| 185. CA STWD JOHN MUIR HLTH W/I 5% 8/15/2021 | E | Interest | | | Sold | 09/28/12 | N | E | |
| 186. CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/18 | D | Interest | M | T | | | | | |
| 187. CAE | A | Dividend | K | T | Buy | 01/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CAE | | | | | Buy | 01/20/12 | J | | |
| 189. CAE | | | | | Buy | 01/24/12 | J | | |
| 190. CAE | | | | | Buy | 01/25/12 | J | | |
| 191. CAE | | | | | Buy | 01/26/12 | J | | |
| 192. CAE | | | | | Buy | 01/30/12 | J | | |
| 193. CAE | | | | | Buy | 02/01/12 | J | | |
| 194. CAE | | | | | Buy | 02/02/12 | J | | |
| 195. CAE | | | | | Sold (part) | 09/27/12 | J | A | |
| 196. CAE | | | | | Sold (part) | 12/6/12 | J | A | |
| 197. CALIFORNIA ST ECON REC 09A 5% 07/01/19 | B | Interest | M | T | | | | | |
| 198. CALIFORNIA ST G/O BDS SER 5% 11/01/2013 | C | Interest | | | Sold | 09/28/12 | M | C | |
| 199. CANON INC ADR | A | Dividend | | | Sold (part) | 01/06/12 | J | B | |
| 200. CANON INC ADR | | | | | Sold | 01/09/12 | J | C | |
| 201. CARNIVAL CORP COMMON PAIRED STOCK | D | Dividend | J | T | Buy | 01/13/12 | J | | |
| 202. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 01/18/12 | K | | |
| 203. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 01/20/12 | J | | |
| 204. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 04/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 09/27/12 | L | D | |
| 206. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 12/6/12 | K | D | |
| 207. CATERPILLAR INC | B | Dividend | K | T | Buy | 7/13/12 | J | | |
| 208. CATERPILLAR INC | | | | | Buy | 07/26/12 | K | | |
| 209. CATERPILLAR INC | | | | | Buy | 07/27/12 | J | | |
| 210. CATERPILLAR INC | | | | | Buy | 07/30/12 | J | | |
| 211. CATERPILLAR INC | | | | | Sold (part) | 09/27/12 | K | A | |
| 212. CATERPILLAR INC | | | | | Sold (part) | 12/6/12 | K | A | |
| 213. CENOVOUS ENERGY INC USS | B | Dividend | L | T | Sold (part) | 09/27/12 | K | A | |
| 214. CENOVOUS ENERGY INC USS | | | | | Sold (part) | 12/6/12 | K | A | |
| 215. CENTERNE CORP | | None | K | T | Buy | 05/01/12 | K | | |
| 216. CENTERNE CORP | | | | | Buy | 05/02/12 | K | | |
| 217. CENTERNE CORP | | | | | Buy | 05/03/12 | J | | |
| 218. CENTERNE CORP | | | | | Sold (part) | 12/6/12 | K | C | |
| 219. CERNER CORP | | None | K | T | Sold (part) | 12/6/12 | K | C | |
| 220. CENTRAL VLY COGEN CARSON-ICE 3.5% 07/01/14 | D | Interest | M | T | | | | | |
| 221. CHEVRON CORP | C | Dividend | L | T | Buy | 1/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. CHEVRON CORP | | | | | Sold (part) | 09/27/12 | K | B | |
| 223. CHEVRON CORP | | | | | Sold (part) | 12/6/12 | K | C | |
| 224. CITIZENS PPTY INS CORP FL A1 6.0% 06/01/16 | C | Interest | | | Sold | 09/27/12 | M | E | |
| 225. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 226. CME GROUP INC | B | Dividend | K | T | Buy | 08/29/12 | J | | |
| 227. CME GROUP INC | | | | | Buy | 08/30/12 | J | | |
| 228. CME GROUP INC | | | | | Buy | 08/31/12 | J | | |
| 229. CME GROUP INC | | | | | Buy | 09/04/12 | J | | |
| 230. CME GROUP INC | | | | | Buy | 09/05/12 | J | | |
| 231. CME GROUP INC | | | | | Buy | 09/07/12 | J | | |
| 232. CME GROUP INC | | | | | Buy | 09/10/12 | J | | |
| 233. CME GROUP INC | | | | | Buy | 09/11/12 | J | | |
| 234. CME GROUP INC | | | | | Buy | 09/12/12 | J | | |
| 235. CME GROUP INC | | | | | Buy | 09/13/12 | J | | |
| 236. CME GROUP INC | | | | | Buy | 09/14/12 | J | | |
| 237. CME GROUP INC | | | | | Buy | 09/17/12 | J | | |
| 238. CME GROUP INC | | | | | Buy | 09/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CME GROUP INC | | | | | Buy | 09/19/12 | J | | |
| 240. CME GROUP INC | | | | | Buy | 09/24/12 | J | | |
| 241. CME GROUP INC | | | | | Buy | 09/25/12 | J | | |
| 242. CME GROUP INC | | | | | Sold (part) | 12/6/12 | L | A | |
| 243. COACH INC | B | Dividend | K | T | Sold (part) | 09/27/12 | K | D | |
| 244. COACH INC | | | | | Sold (part) | 12/6/12 | J | B | |
| 245. COBALT INTERNATIONAL ENERGY | | None | K | T | Buy | 03/02/12 | J | | |
| 246. COBALT INTERNATIONAL ENERGY | | | | | Buy | 03/05/12 | J | | |
| 247. COBALT INTERNATIONAL ENERGY | | | | | Buy | 03/06/12 | J | | |
| 248. COBALT INTERNATIONAL ENERGY | | | | | Buy | 04/03/12 | J | | |
| 249. COBALT INTERNATIONAL ENERGY | | | | | Buy | 04/04/12 | J | | |
| 250. COBALT INTERNATIONAL ENERGY | | | | | Sold (part) | 12/6/12 | K | A | |
| 251. COLGATE-PALMOLIVE CO | A | Dividend | | | Sold (part) | 07/27/12 | K | D | |
| 252. COLGATE-PALMOLIVE CO | | | | | Sold | 07/27/12 | K | D | |
| 253. COMCAST CORP CL A (NEW) | C | Dividend | M | T | Sold (part) | 09/27/12 | L | E | |
| 254. COMCAST CORP CL A (NEW) | | | | | Sold (part) | 12/7/12 | L | E | |
| 255. CONOCOPHILLIPS | | None | K | T | Buy | 11/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. CONTRA COSTA CA WTR SER A 3.5% 10/01/13 | D | Interest | | | Sold | 09/27/12 | M | B | |
| 257. COSTCO WHOLESALE CORP | | None | | | Sold (part) | 01/06/12 | J | C | |
| 258. COSTCO WHOLESALE CORP | | | | | Sold | 01/09/12 | K | D | |
| 259. DANAHER CORP | A | Dividend | J | T | Sold (part) | 09/27/12 | K | E | |
| 260. DANAHER CORP | | | | | Sold (part) | 12/6/12 | K | E | |
| 261. DARDEN RESTAURANTS INC | B | Dividend | K | T | Buy | 04/17/12 | J | | |
| 262. DARDEN RESTAURANTS INC | | | | | Buy | 04/18/12 | J | | |
| 263. DARDEN RESTAURANTS INC | | | | | Buy | 04/19/12 | K | | |
| 264. DARDEN RESTAURANTS INC | | | | | Buy | 04/20/12 | J | | |
| 265. DARDEN RESTAURANTS INC | | | | | Buy | 04/23/12 | J | | |
| 266. DARDEN RESTAURANTS INC | | | | | Buy | 04/24/12 | J | | |
| 267. DARDEN RESTAURANTS INC | | | | | Buy | 04/25/12 | J | | |
| 268. DARDEN RESTAURANTS INC | | | | | Buy | 04/26/12 | J | | |
| 269. DARDEN RESTAURANTS INC | | | | | Sold (part) | 09/27/12 | K | C | |
| 270. DARDEN RESTAURANTS INC | | | | | Sold (part) | 12/6/12 | K | A | |
| 271. DAVITA HEALTHCARE PARTNERS INC | | None | | | Sold (part) | 01/20/12 | J | C | |
| 272. DAVITA HEALTHCARE PARTNERS INC | | | | | Sold (part) | 01/20/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. DAVITA HEALTHCARE PARTNERS INC | | | | | Sold (part) | 01/23/12 | K | D | |
| 274. DAVITA HEALTHCARE PARTNERS INC | | | | | Sold | 06/04/12 | K | E | |
| 275. DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 276. DIAGEO PLC SPONSORED ADR | | | | | Sold (part) | 12/6/12 | J | C | |
| 277. DISCOVERY COMMUNICATIONS INC CL A | | None | | | Sold (part) | 12/6/12 | J | D | |
| 278. DISCOVERY COMMUNICATIONS INC CL A | | | | | Sold (part) | 12/19/12 | J | C | |
| 279. DISCOVERY COMMUNICATIONS INC CL A | | | | | Sold | 12/19/12 | J | C | |
| 280. DOW CHEMICAL CO | B | Dividend | J | T | Buy | 01/03/12 | K | | |
| 281. DOW CHEMICAL CO | | | | | Buy | 01/04/12 | J | | |
| 282. DOW CHEMICAL CO | | | | | Sold (part) | 09/27/12 | J | A | |
| 283. DOW CHEMICAL CO | | | | | Sold (part) | 12/6/12 | J | A | |
| 284. DRIL-QUIP INC | | None | K | T | Sold (part) | 09/27/12 | K | B | |
| 285. DRIL-QUIP INC | | | | | Sold (part) | 12/6/12 | J | B | |
| 286. EAST BAY CA SER A1 SF VAR 06/01/2025 | A | Interest | | | Sold | 12/6/12 | M | A | |
| 287. EATON CORP | C | Dividend | M | T | Buy | 01/10/12 | J | | |
| 288. EATON CORP | | | | | Buy | 01/11/12 | J | | |
| 289. EATON CORP | | | | | Buy | 01/12/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. EATON CORP | | | | | Buy | 01/18/12 | J | | |
| 291. EATON CORP | | | | | Buy | 01/19/12 | J | | |
| 292. EATON CORP | | | | | Buy | 01/20/12 | J | | |
| 293. EATON CORP | | | | | Buy | 02/27/12 | J | | |
| 294. EATON CORP | | | | | Buy | 02/28/12 | J | | |
| 295. EATON CORP | | | | | Buy | 02/29/12 | J | | |
| 296. EATON CORP | | | | | Buy | 03/01/12 | J | | |
| 297. EATON CORP | | | | | Buy | 04/24/12 | J | | |
| 298. EATON CORP | | | | | Buy | 04/26/12 | J | | |
| 299. EATON CORP | | | | | Buy | 05/03/12 | J | | |
| 300. EATON CORP | | | | | Buy | 05/04/12 | J | | |
| 301. EATON CORP | | | | | Buy | 10/31/12 | J | | |
| 302. EATON CORP | | | | | Sold (part) | 09/27/12 | K | A | |
| 303. EBAY INC | | None | K | T | Sold (part) | 01/24/12 | K | D | |
| 304. EBAY INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 305. ECOLAB INC | A | Dividend | K | T | Sold (part) | 07/27/12 | K | E | |
| 306. ECOLAB INC | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. EDISON INTERNATIONAL | A | Dividend | | | Sold (part) | 01/24/12 | J | B | |
| 308. EDISON INTERNATIONAL | | | | | Sold (part) | 01/24/12 | J | B | |
| 309. EDISON INTERNATIONAL | | | | | Sold | 05/15/12 | K | D | |
| 310. EMERSON ELECTRIC CO (EMR) | C | Dividend | K | T | Sold (part) | 03/01/12 | K | A | |
| 311. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 03/02/12 | J | A | |
| 312. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 05/24/12 | K | D | |
| 313. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 09/27/12 | K | D | |
| 314. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 10/12/12 | J | B | |
| 315. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 10/12/12 | J | C | |
| 316. EMERSON ELECTRIC CO (EMR) | | | | | Sold (part) | 12/6/12 | K | D | |
| 317. ENCANA CORP | B | Dividend | K | T | Buy | 02/01/12 | J | | |
| 318. ENCANA CORP | | | | | Buy | 02/02/12 | J | | |
| 319. ENCANA CORP | | | | | Buy | 02/28/12 | K | | |
| 320. ENCANA CORP | | | | | Buy | 02/29/12 | J | | |
| 321. ENCANA CORP | | | | | Buy | 08/15/12 | J | | |
| 322. ENCANA CORP | | | | | Buy | 08/17/12 | J | | |
| 323. ENCANA CORP | | | | | Sold (part) | 09/27/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ENCANA CORP | | | | | Sold (part) | 12/6/12 | K | B | |
| 325. ENSCO PLC ADR | B | Dividend | K | T | Buy | 02/16/12 | J | | |
| 326. ENSCO PLC ADR | | | | | Buy | 02/17/12 | J | | |
| 327. ENSCO PLC ADR | | | | | Buy | 02/21/12 | J | | |
| 328. ENSCO PLC ADR | | | | | Buy | 02/23/12 | J | | |
| 329. ENSCO PLC ADR | | | | | Buy | 02/24/12 | J | | |
| 330. ENSCO PLC ADR | | | | | Buy | 02/27/12 | J | | |
| 331. ENSCO PLC ADR | | | | | Buy | 02/28/12 | J | | |
| 332. ENSCO PLC ADR | | | | | Buy | 02/29/12 | J | | |
| 333. ENSCO PLC ADR | | | | | Buy | 03/06/12 | J | | |
| 334. ENSCO PLC ADR | | | | | Buy | 03/09/12 | J | | |
| 335. ENSCO PLC ADR | | | | | Buy | 03/15/12 | J | | |
| 336. ENSCO PLC ADR | | | | | Sold (part) | 9/27/12 | K | A | |
| 337. ENSCO PLC ADR | | | | | Sold (part) | 12/6/12 | K | A | |
| 338. EOG RESOURCES INC | A | Dividend | K | T | Sold (part) | 09/27/12 | K | D | |
| 339. EOG RESOURCES INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 340. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL-F2 | E | Dividend | P1 | T | Sold (part) | 12/6/12 | P1 | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL-F2 | | | | | Buy | 12/26/12 | K | | |
| 342. EXPRESS SCRIPTS INC | | None | | | Buy | 1/12/12 | J | | |
| 343. EXPRESS SCRIPTS INC | | | | | Sold | 5/30/12 | M | D | |
| 344. EXXON MOBIL CORP | A | Dividend | | | Sold | 07/16/12 | L | E | |
| 345. FACEBOOK INC-A | | None | | | Buy | 05/17/12 | K | | |
| 346. FACEBOOK INC-A | | | | | Buy | 05/21/12 | J | | |
| 347. FACEBOOK INC-A | | | | | Buy | 05/22/12 | J | | |
| 348. FACEBOOK INC-A | | | | | Sold | 06/25/12 | L | | |
| 349. FEDEX CORP | A | Dividend | | | Sold (part) | 06/14/12 | J | C | |
| 350. FEDEX CORP | | | | | Sold | 06/14/12 | K | D | |
| 351. FIRST SOLAR INV | | None | | | Sold (part) | 04/09/12 | J | A | |
| 352. FIRST SOLAR INV | | | | | Sold | 04/10/12 | J | A | |
| 353. FL WTR PCR SER A SF 4.75% 01/15/25 | D | Interest | | | Sold | 09/28/12 | M | E | |
| 354. FLUOR CORP | A | Dividend | | | Sold (part) | 01/18/12 | J | D | |
| 355. FLUOR CORP | | | | | Sold | 01/18/12 | J | D | |
| 356. GENERAL ELECTRIC CO (USD) | A | Dividend | K | T | Buy | 09/19/12 | L | | |
| 357. GENERAL ELECTRIC CO (USD) | | | | | Sold (part) | 12/6/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. GENERAL MILLS INC | A | Dividend | | | Sold (part) | 01/24/12 | K | C | |
| 359. GENERAL MILLS INC | | | | | Sold | 02/03/12 | K | D | |
| 360. GENPACT LTD | D | Dividend | K | T | Sold (part) | 01/11/12 | J | A | |
| 361. GENPACT LTD | | | | | Sold (part) | 01/11/12 | J | A | |
| 362. GENPACT LTD | | | | | Sold (part) | 01/12/12 | J | B | |
| 363. GENPACT LTD | | | | | Buy | 02/13/12 | J | | |
| 364. GENPACT LTD | | | | | Buy | 02/14/12 | J | | |
| 365. GENPACT LTD | | | | | Buy | 02/15/12 | J | | |
| 366. GENPACT LTD | | | | | Sold (part) | 09/27/12 | J | A | |
| 367. GENPACT LTD | | | | | Sold (part) | 12/6/12 | J | A | |
| 368. GILEAD SCIENCES INC | | None | M | T | | 01/19/12 | J | | Asset Rv'd Pharmasset, 546 |
| 369. GILEAD SCIENCES INC | | | | | Buy | 01/20/12 | J | | |
| 370. GILEAD SCIENCES INC | | | | | Buy | 01/23/12 | J | | |
| 371. GILEAD SCIENCES INC | | | | | Buy | 01/24/12 | J | | |
| 372. GILEAD SCIENCES INC | | | | | Buy | 01/25/12 | J | | |
| 373. GILEAD SCIENCES INC | | | | | Buy | 01/26/12 | J | | |
| 374. GILEAD SCIENCES INC | | | | | Buy | 01/27/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. GILEAD SCIENCES INC | | | | | Buy | 01/30/12 | J | | |
| 376. GILEAD SCIENCES INC | | | | | Buy | 01/31/12 | J | | |
| 377. GILEAD SCIENCES INC | | | | | Buy | 02/01/12 | K | | |
| 378. GILEAD SCIENCES INC | | | | | Buy | 02/02/12 | J | | |
| 379. GILEAD SCIENCES INC | | | | | Buy | 06/15/12 | J | | |
| 380. GILEAD SCIENCES INC | | | | | Buy | 07/09/12 | J | | |
| 381. GILEAD SCIENCES INC | | | | | Sold (part) | 09/27/12 | J | D | |
| 382. GILEAD SCIENCES INC | | | | | Sold (part) | 12/6/12 | L | E | |
| 383. GOLDEN ST TOBACCO ST APPROP AMBAC 5.5% 6/1/14 | C | Interest | | | Sold | 12/7/12 | M | C | |
| 384. GOLDEN STATE TOBACCO CA 2003A SF PREREF 6.7% 6/1/39 | D | Interest | | | Sold | 09/28/12 | M | A | |
| 385. GOLDMAN SACHS GROUP INC | B | Dividend | L | T | Sold (part) | 05/24/12 | K | A | |
| 386. GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 09/27/12 | K | C | |
| 387. GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 388. GOOGLE INC CL A | | None | L | T | Sold (part) | 09/24/12 | K | E | |
| 389. GOOGLE INC CL A | | | | | Sold (part) | 12/6/12 | L | E | |
| 390. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | C | Interest | M | T | | | | | |
| 391. HALLIBURTON CO | A | Dividend | K | T | Buy | 01/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. HALLIBURTON CO | | | | | Buy | 07/18/12 | J | | |
| 393. HALLIBURTON CO | | | | | Buy | 07/31/12 | J | | |
| 394. HALLIBURTON CO | | | | | Sold (part) | 09/27/12 | K | D | |
| 395. HALLIBURTON CO | | | | | Sold (part) | 12/6/12 | K | C | |
| 396. HARRIS CO TX CHRISTUS HLTH A4 FSA ARC SF | B | Interest | M | T | | | | | |
| 397. HOME DEPOT INC | C | Dividend | L | T | Sold (part) | 09/27/12 | L | E | |
| 398. HOME DEPOT INC | | | | | Sold (part) | 12/6/12 | L | E | |
| 399. ILLINOIS TOOL WORKS INC | A | Dividend | | | Sold (part) | 01/23/12 | K | C | |
| 400. ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 02/28/12 | K | D | |
| 401. ILLINOIS TOOL WORKS INC | | | | | Sold | 02/29/12 | K | C | |
| 402. IMPERIAL OIL LTD US$ | A | Dividend | | | Sold | 01/04/12 | J | B | |
| 403. IND LOCAL PUB IMPNATL-RE PREREF 5.5% 7/1/14 | D | Interest | | | Redeemed | 07/02/12 | M | A | |
| 404. INTERNATIONAL BUSINESS MACHINES CORP | C | Dividend | L | T | Sold (part) | 09/27/12 | L | E | |
| 405. INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 10/19/12 | K | E | |
| 406. INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 10/22/12 | K | D | |
| 407. INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 12/6/12 | K | E | |
| 408. INTERNATIONAL GAME TECHNOLOGY | A | Dividend | | | Buy | 1/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 63

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/19/12 | J | A | |
| 410. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/22/12 | J | A | |
| 411. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/23/12 | J | A | |
| 412. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/24/12 | J | A | |
| 413. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/25/12 | J | A | |
| 414. INTERNATIONAL GAME TECHNOLOGY | | | | | Sold | 10/26/12 | J | A | |
| 415. IRON MOUNTAIN INC | D | Dividend | L | T | Buy | 01/17/12 | J | | |
| 416. IRON MOUNTAIN INC | | | | | Buy | 01/20/12 | J | | |
| 417. IRON MOUNTAIN INC | | | | | Buy | 02/24/12 | J | | |
| 418. IRON MOUNTAIN INC | | | | | Sold (part) | 09/27/12 | K | D | |
| 419. IRON MOUNTAIN INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 420. ISHARES S&P US PREFERRED STOCK INDEX FND | D | Dividend | L | T | Buy | 07/02/12 | J | | |
| 421. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Buy | 07/03/12 | J | | |
| 422. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Buy | 07/05/12 | M | | |
| 423. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Buy | 07/06/12 | K | | |
| 424. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Buy | 07/09/12 | K | | |
| 425. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Sold (part) | 09/27/12 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. ISHARES S&P US PREFERRED STOCK INDEX FND | | | | | Sold (part) | 12/6/12 | L | A | |
| 427. JABIL CIRCUIT INC | A | Dividend | K | T | Buy | 02/09/12 | J | | |
| 428. JABIL CIRCUIT INC | | | | | Buy | 02/10/12 | J | | |
| 429. JABIL CIRCUIT INC | | | | | Buy | 02/13/12 | J | | |
| 430. JABIL CIRCUIT INC | | | | | Buy | 05/15/12 | J | | |
| 431. JABIL CIRCUIT INC | | | | | Sold (part) | 09/27/12 | J | A | |
| 432. JABIL CIRCUIT INC | | | | | Buy | 11/5/12 | J | | |
| 433. JABIL CIRCUIT INC | | | | | Buy | 11/6/12 | J | | |
| 434. JABIL CIRCUIT INC | | | | | Buy | 11/7/12 | J | | |
| 435. JABIL CIRCUIT INC | | | | | Buy | 11/8/12 | J | | |
| 436. JABIL CIRCUIT INC | | | | | Sold (part) | 12/6/12 | K | A | |
| 437. JACK HENRY & ASSOC INC | B | Dividend | L | T | Buy | 01/23/12 | J | | |
| 438. JACK HENRY & ASSOC INC | | | | | Buy | 01/24/12 | J | | |
| 439. JACK HENRY & ASSOC INC | | | | | Buy | 02/01/12 | J | | |
| 440. JACK HENRY & ASSOC INC | | | | | Buy | 02/02/12 | J | | |
| 441. JACK HENRY & ASSOC INC | | | | | Sold (part) | 09/27/12 | K | C | |
| 442. JACK HENRY & ASSOC INC | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. JPMORGAN CHASE & CO | C | Dividend | L | T | Sold (part) | 05/24/12 | K | A | |
| 444. JPMORGAN CHASE & CO | | | | | Sold (part) | 09/27/12 | K | B | |
| 445. JPMORGAN CHASE & CO | | | | | Sold (part) | 12/6/12 | K | D | |
| 446. KINDER MORGAN INC | A | Dividend | K | T | Buy | 10/12/12 | K | | |
| 447. KINDER MORGAN INC | | | | | Sold (part) | 12/6/12 | J | A | |
| 448. KLA-TENCOR CORP | B | Dividend | K | T | Sold (part) | 07/26/12 | J | C | |
| 449. KLA-TENCOR CORP | | | | | Sold (part) | 09/27/12 | J | C | |
| 450. KLA-TENCOR CORP | | | | | Sold (part) | 12/6/12 | K | D | |
| 451. LA CA HARBOR SER C 5.0% 08/01/26 | D | Interest | | | Sold | 09/28/12 | M | E | |
| 452. LA CITY CA WSTWTR NATL 5.0% 06/01/27 | C | Interest | | | Redeemed | 05/24/12 | M | B | |
| 453. LA CO CA MTA SALES TAX REV D 5% 7/1/16 | D | Interest | M | T | | | | | |
| 454. LOOPNET INC | | None | | | Sold (part) | 01/13/12 | J | A | |
| 455. LOOPNET INC | | | | | Sold (part) | 01/17/12 | J | C | |
| 456. LOOPNET INC | | | | | Sold | 01/18/12 | J | B | |
| 457. LOUISIANA ST LEASE REV 5.0% 03/01/16 | D | Interest | | | Sold | 09/28/12 | M | D | |
| 458. MARSH & MCLENNAN COS INC | B | Dividend | J | T | Sold (part) | 09/27/12 | K | C | |
| 459. MARSH & MCLENNAN COS INC | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. MAXIM INTEGRATED PRODS INC | A | Dividend | | | Sold (part) | 01/03/12 | J | A | |
| 461. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/04/12 | J | B | |
| 462. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/05/12 | J | B | |
| 463. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/06/12 | J | B | |
| 464. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/09/12 | J | B | |
| 465. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/10/12 | J | B | |
| 466. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/11/12 | J | A | |
| 467. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/12/12 | J | A | |
| 468. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/12/12 | J | A | |
| 469. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/12/12 | J | A | |
| 470. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/17/12 | J | A | |
| 471. MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 01/18/12 | J | C | |
| 472. MAXIM INTEGRATED PRODS INC | | | | | Sold | 04/17/12 | L | E | |
| 473. METROPOLITAN WTR DIST SO UTHN CALIF REF 3% 7/1/15 | D | Interest | | | Sold | 09/28/12 | M | C | |
| 474. METROPOLITAN WTR DIST SOUTHN CAL SER B3 7/1/35 | A | Interest | | | Redeemed | 12/07/12 | M | A | |
| 475. MICROCHIP TECHNOLOGY INC | A | Dividend | | | Sold (part) | 05/04/12 | J | B | |
| 476. MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 05/04/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 05/07/12 | J | A | |
| 478. MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 05/08/12 | J | A | |
| 479. MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 05/09/12 | J | A | |
| 480. MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 05/10/12 | J | B | |
| 481. MICROCHIP TECHNOLOGY INC | | | | | Sold | 05/11/12 | J | B | |
| 482. MICROSOFT CORP | C | Dividend | K | T | Sold (part) | 04/18/12 | K | C | |
| 483. MICROSOFT CORP | | | | | Sold (part) | 09/27/12 | K | D | |
| 484. MICROSOFT CORP | | | | | Sold (part) | 12/6/12 | K | C | |
| 485. MONSANTO CO NEW COM | B | Dividend | L | T | Buy | 08/17/12 | J | | |
| 486. MONSANTO CO NEW COM | | | | | Buy | 09/21/12 | K | | |
| 487. MONSANTO CO NEW COM | | | | | Sold (part) | 09/27/12 | L | E | |
| 488. MONSANTO CO NEW COM | | | | | Sold (part) | 12/6/12 | L | E | |
| 489. MOSAIC CO/THE | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 490. MOSAIC CO/THE | | | | | Buy | 10/19/12 | K | | |
| 491. MOSAIC CO/THE | | | | | Buy | 10/22/12 | J | | |
| 492. MOSAIC CO/THE | | | | | Buy | 11/5/12 | J | | |
| 493. MOSAIC CO/THE | | | | | Sold (part) | 12/6/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. NATIONAL GRID PLC - SP ADR | B | Dividend | K | T | Sold (part) | 12/6/12 | K | A | |
| 495. NATIONAL INSTRUMENTS CORP | | None | | | Sold (part) | 01/11/12 | J | C | |
| 496. NATIONAL INSTRUMENTS CORP | | | | | Sold | 01/12/12 | J | C | |
| 497. NC ST GO SER A 5.0% 03/01/14 | D | Interest | | | Sold | 09/28/12 | M | C | |
| 498. NESTLE NAM SPON ADR | | None | | | Sold | 03/29/12 | L | E | |
| 499. AMERICAN FUNDS NEW WORLD FUND CL F2 | D | Dividend | O | T | Sold (part) | 12/6/12 | N | F | |
| 500. AMERICAN FUNDS NEW WORLD FUND CL F2 | | | | | Buy | 12/26/12 | J | | |
| 501. NEWELL RUBBERMAID INC | A | Dividend | L | T | Buy | 11/12/12 | J | | |
| 502. NEWELL RUBBERMAID INC | | | | | Buy | 11/13/12 | J | | |
| 503. NEWELL RUBBERMAID INC | | | | | Buy | 11/14/12 | J | | |
| 504. NEWELL RUBBERMAID INC | | | | | Buy | 11/15/12 | K | | |
| 505. NEWELL RUBBERMAID INC | | | | | Buy | 11/16/12 | J | | |
| 506. NEWELL RUBBERMAID INC | | | | | Buy | 11/19/12 | J | | |
| 507. NEWELL RUBBERMAID INC | | | | | Buy | 11/20/12 | J | | |
| 508. NEWELL RUBBERMAID INC | | | | | Buy | 11/21/12 | J | | |
| 509. NEWELL RUBBERMAID INC | | | | | Buy | 11/26/12 | J | | |
| 510. NEWELL RUBBERMAID INC | | | | | Buy | 11/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 63

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. NEWELL RUBBERMAID INC | | | | | Buy | 11/28/12 | J | | |
| 512. NEWELL RUBBERMAID INC | | | | | Buy | 11/29/12 | J | | |
| 513. NEWELL RUBBERMAID INC | | | | | Buy | 11/30/12 | J | | |
| 514. NEWELL RUBBERMAID INC | | | | | Buy | 12/3/12 | J | | |
| 515. NIELSON HOLDINGS NV US$ | | None | K | T | Sold (part) | 09/27/12 | K | C | |
| 516. NIELSON HOLDINGS NV US$ | | | | | Sold (part) | 12/6/12 | K | B | |
| 517. NIKE INC CL B | A | Dividend | K | T | Buy | 1/12/12 | J | | |
| 518. NIKE INC CL B | | | | | Sold (part) | 12/6/12 | J | B | |
| 519. NOBLE ENERGY INC | A | Dividend | L | T | Sold (part) | 09/27/12 | K | C | |
| 520. NOBLE ENERGY INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 521. NORDSTROM INC | | None | | | Sold | 01/11/12 | J | D | |
| 522. NORFOLK SOUTHERN CORP | B | Dividend | L | T | Buy | 3/27/12 | J | | |
| 523. NORFOLK SOUTHERN CORP | | | | | Buy | 9/20/12 | K | | |
| 524. NORFOLK SOUTHERN CORP | | | | | Sold (part) | 09/27/12 | K | A | |
| 525. NORFOLK SOUTHERN CORP | | | | | Sold (part) | 12/6/12 | K | A | |
| 526. NOVO NORDISK A/S CL B ADR | A | Dividend | K | T | Sold (part) | 09/27/12 | K | D | |
| 527. NOVO NORDISK A/S CL B ADR | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 63

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. NUCOR CORP | B | Dividend | K | T | Sold (part) | 09/27/12 | J | B | |
| 529. NUCOR CORP | | | | | Sold (part) | 12/6/12 | J | B | |
| 530. OMNICOM GROUP INC | A | Dividend | | | Sold (part) | 1/10/12 | J | B | |
| 531. OMNICOM GROUP INC | | | | | Sold (part) | 1/11/12 | J | B | |
| 532. OMNICOM GROUP INC | | | | | Sold | 1/12/12 | J | C | |
| 533. OR ST DEPT OF ADMIN COPS 5.0% 05/01/2018 | C | Interest | | | Sold | 09/28/12 | M | E | |
| 534. ORACLE CORP | B | Dividend | L | T | Buy | 01/10/12 | J | | |
| 535. ORACLE CORP | | | | | Buy | 04/18/12 | J | | |
| 536. ORACLE CORP | | | | | Sold (part) | 09/27/12 | K | C | |
| 537. ORACLE CORP | | | | | Sold (part) | 12/6/12 | K | D | |
| 538. PEPSICO INC | B | Dividend | K | T | Sold (part) | 01/30/12 | L | D | |
| 539. PEPSICO INC | | | | | Sold (part) | 12/6/12 | J | C | |
| 540. PFIZER INC | B | Dividend | K | T | Sold (part) | 09/27/12 | J | B | |
| 541. PFIZER INC | | | | | Sold (part) | 12/6/12 | K | C | |
| 542. PG&E CORP | B | Dividend | | | Buy | 1/13/12 | J | | |
| 543. PG&E CORP | | | | | Sold (part) | 4/4/12 | K | A | |
| 544. PG&E CORP | | | | | Sold (part) | 4/5/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 63

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. PG&E CORP | | | | | Sold | 4/9/12 | K | A | |
| 546. PHARMASSET INC | | None | | | Merged (with line 368) | 01/19/12 | J | | See Gilead |
| 547. PHILIP MORRIS INTERNATIONAL INC | C | Dividend | K | T | Buy | 02/03/12 | J | | |
| 548. PHILIP MORRIS INTERNATIONAL INC | | | | | Buy | 07/16/12 | J | | |
| 549. PHILIP MORRIS INTERNATIONAL INC | | | | | Sold (part) | 09/27/12 | K | D | |
| 550. PHILIP MORRIS INTERNATIONAL INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 551. POLYCOM INC | | None | | | Sold (part) | 01/04/12 | J | A | |
| 552. POLYCOM INC | | | | | Sold (part) | 01/05/12 | J | A | |
| 553. POLYCOM INC | | | | | Sold | 01/05/12 | J | C | |
| 554. PROGRESSIVE CORP OHIO | C | Dividend | K | T | Sold (part) | 01/23/12 | J | A | |
| 555. PROGRESSIVE CORP OHIO | | | | | Sold (part) | 01/23/12 | J | B | |
| 556. PROGRESSIVE CORP OHIO | | | | | Sold (part) | 09/27/12 | J | B | |
| 557. PROGRESSIVE CORP OHIO | | | | | Sold (part) | 12/6/12 | K | C | |
| 558. PULTE GROUP INC | | None | | | Sold | 01/04/12 | K | D | |
| 559. QUALCOMM INC | B | Dividend | K | T | Sold (part) | 09/27/12 | K | D | |
| 560. QUALCOMM INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 561. REPUBLIC SERVICES INC | B | Dividend | K | T | Buy | 01/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. REPUBLIC SERVICES INC | | | | | Sold (part) | 09/27/12 | K | A | |
| 563. REPUBLIC SERVICES INC | | | | | Sold (part) | 11/12/12 | J | A | |
| 564. REPUBLIC SERVICES INC | | | | | Sold (part) | 11/12/12 | J | A | |
| 565. REPUBLIC SERVICES INC | | | | | Sold (part) | 11/16/12 | K | A | |
| 566. REPUBLIC SERVICES INC | | | | | Sold (part) | 12/6/12 | J | A | |
| 567. RIO TINTO PLC ADR | B | Dividend | J | T | Sold (part) | 08/28/12 | K | A | |
| 568. SAN DIEGO CA REGL AIRPORT A 5.0% 7/1/18 | C | Interest | M | T | | | | | |
| 569. SAN DIEGO CO WTR 5.0% 07/01/16 | C | Interest | M | T | | | | | |
| 570. SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | D | Interest | M | T | | | | | |
| 571. SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 5/1/20 | D | Interest | M | T | | | | | |
| 572. SANTA MARGARITA TALEGA CFD 99-1 11A 5.0% 9/1/22 | D | Interest | | | Sold | 12/07/12 | M | B | |
| 573. SAP AG SPON ADR | | None | | | Sold (part) | 04/18/12 | K | D | |
| 574. SAP AG SPON ADR | | | | | Sold (part) | 04/18/12 | J | C | |
| 575. SAP AG SPON ADR | | | | | Sold | 04/19/12 | K | D | |
| 576. SCHLUMBERGER LTD | C | Dividend | L | T | Buy | 01/31/12 | K | | |
| 577. SCHLUMBERGER LTD | | | | | Buy | 07/16/12 | J | | |
| 578. SCHLUMBERGER LTD | | | | | Sold (part) | 12/6/12 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. SCHWAB CHARLES NEW | B | Dividend | J | T | Sold (part) | 02/07/12 | J | A | |
| 580. SCHWAB CHARLES NEW | | | | | Sold (part) | 02/08/12 | J | A | |
| 581. SCHWAB CHARLES NEW | | | | | Sold (part) | 02/09/12 | J | A | |
| 582. SCHWAB CHARLES NEW | | | | | Sold (part) | 02/10/12 | J | A | |
| 583. SCHWAB CHARLES NEW | | | | | Sold (part) | 09/27/12 | J | A | |
| 584. SCHWAB CHARLES NEW | | | | | Sold (part) | 11/9/12 | J | A | |
| 585. SCHWAB CHARLES NEW | | | | | Sold (part) | 11/12/12 | J | A | |
| 586. SCHWAB CHARLES NEW | | | | | Sold (part) | 11/13/12 | J | A | |
| 587. SCHWAB CHARLES NEW | | | | | Sold (part) | 12/6/12 | J | A | |
| 588. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 589. SCPPA MEAD ADELANTO 12A 5.0% 07/01//18 | B | Interest | M | T | Buy | 8/16/12 | M | | |
| 590. SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | K | T | Sold (part) | 09/27/12 | K | D | |
| 591. SCRIPPS NETWORKS INTERACTIVE CL A | | | | | Sold (part) | 12/6/12 | K | D | |
| 592. SEATTLE GENETICS INC | | None | K | T | Sold (part) | 09/27/12 | K | D | |
| 593. SEATTLE GENETICS INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 594. SHIRE PLC ADR | A | Dividend | | | Sold (part) | 09/25/12 | J | C | |
| 595. SHIRE PLC ADR | | | | | Sold (part) | 09/26/12 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. SHIRE PLC ADR | | | | | Sold (part) | 09/27/12 | J | C | |
| 597. SHIRE PLC ADR | | | | | Sold (part) | 09/28/12 | K | D | |
| 598. SHIRE PLC ADR | | | | | Sold (part) | 10/1/12 | J | C | |
| 599. SHIRE PLC ADR | | | | | Sold (part) | 10/2/12 | J | C | |
| 600. SHIRE PLC ADR | | | | | Sold (part) | 10/2/12 | J | C | |
| 601. SHIRE PLC ADR | | | | | Sold (part) | 10/3/12 | K | D | |
| 602. SHIRE PLC ADR | | | | | Sold (part) | 10/4/12 | J | C | |
| 603. SHIRE PLC ADR | | | | | Sold (part) | 10/5/12 | J | C | |
| 604. SHIRE PLC ADR | | | | | Sold (part) | 10/5/12 | K | D | |
| 605. SHIRE PLC ADR | | | | | Sold (part) | 10/8/12 | J | C | |
| 606. SHIRE PLC ADR | | | | | Sold (part) | 10/8/12 | J | C | |
| 607. SHIRE PLC ADR | | | | | Sold (part) | 10/10/12 | J | D | |
| 608. SHIRE PLC ADR | | | | | Sold | 10/19/12 | J | D | |
| 609. SIGNET JEWELERS LTD | A | Dividend | K | T | Buy | 01/23/12 | J | | |
| 610. SIGNET JEWELERS LTD | | | | | Buy | 01/24/12 | J | | |
| 611. SIGNET JEWELERS LTD | | | | | Sold (part) | 09/27/12 | J | C | |
| 612. SIGNET JEWELERS LTD | | | | | Sold (part) | 12/6/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. SO CA PUB PWR AUTH 6% 7/1/27 | D | Interest | M | T | | | | | |
| 614. SPECTRA ENERGY CORP | | None | | | Sold (part) | 1/10/12 | J | D | |
| 615. SPECTRA ENERGY CORP | | | | | Sold | 1/11/12 | J | C | |
| 616. SSGA US GOV MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 617. STANLEY BLACK & DECKER INC | B | Dividend | J | T | Buy | 01/20/12 | J | | |
| 618. STANLEY BLACK & DECKER INC | | | | | Sold (part) | 09/27/12 | K | D | |
| 619. STANLEY BLACK & DECKER INC | | | | | Sold (part) | 12/6/12 | K | C | |
| 620. STARBUCKS CORP | | None | K | T | Buy | 11/28/12 | J | | |
| 621. STARBUCKS CORP | | | | | Buy | 11/29/12 | J | | |
| 622. SUNCOR ENERGY INC NEW | | None | | | Sold | 1/4/12 | K | D | |
| 623. TARGET CORP | C | Dividend | L | T | Buy | 1/13/12 | J | | |
| 624. TARGET CORP | | | | | Sold (part) | 02/14/12 | K | A | |
| 625. TARGET CORP | | | | | Sold (part) | 09/27/12 | J | C | |
| 626. TARGET CORP | | | | | Sold (part) | 12/6/12 | K | D | |
| 627. TE CONNECTIVITY LTD US$ | A | Dividend | K | T | Sold (part) | 01/24/12 | J | B | |
| 628. TE CONNECTIVITY LTD US$ | | | | | Sold (part) | 01/25/12 | K | D | |
| 629. TE CONNECTIVITY LTD US$ | | | | | Sold (part) | 09/27/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. TE CONNECTIVITY LTD US$ | | | | | Sold (part) | 12/6/12 | K | D | |
| 631. THE WALT DISNEY CO | B | Dividend | K | T | Sold (part) | 01/23/12 | K | D | |
| 632. THE WALT DISNEY CO | | | | | Sold (part) | 11/19/12 | K | D | |
| 633. THE WALT DISNEY CO | | | | | Sold (part) | 12/6/12 | K | D | |
| 634. TIFFANY & CO NEW | B | Dividend | K | T | Buy | 07/31/12 | K | | |
| 635. TIFFANY & CO NEW | | | | | Sold (part) | 09/27/12 | K | D | |
| 636. TIFFANY & CO NEW | | | | | Sold (part) | 12/6/12 | K | D | |
| 637. TIME WARNER CABLE INC | A | Dividend | K | T | Sold (part) | 09/27/12 | J | C | |
| 638. TIME WARNER CABLE INC | | | | | Sold (part) | 12/6/12 | J | C | |
| 639. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 640. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | B | Interest | M | T | Buy | 07/27/12 | M | | |
| 641. UNION PACIFIC CORP | B | Dividend | K | T | Sold (part) | 1/23/12 | J | D | |
| 642. UNION PACIFIC CORP | | | | | Sold (part) | 12/6/12 | J | D | |
| 643. UNITED PARCEL SERVICE INC CL B | A | Dividend | J | T | Sold (part) | 06/27/12 | K | C | |
| 644. UNITED PARCEL SERVICE INC CL B | | | | | Sold (part) | 11/12/12 | J | A | |
| 645. UNITED TECHNOLOGIES CORP | C | Dividend | L | T | Buy | 1/11/12 | K | | |
| 646. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 09/27/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 12/6/12 | K | A | |
| 648. UNITEDHEALTH GROUP INC | A | Dividend | K | T | Sold (part) | 01/23/12 | K | E | |
| 649. UNITEDHEALTH GROUP INC | | | | | Sold (part) | 05/25/12 | K | D | |
| 650. UNITEDHEALTH GROUP INC | | | | | Sold (part) | 12/6/12 | K | D | |
| 651. URBAN OUTFITTERS INC | | None | | | Sold (part) | 1/11/12 | K | A | |
| 652. URBAN OUTFITTERS INC | | | | | Sold | 1/12/12 | J | C | |
| 653. VERIZON COMMUNICATIONS | A | Dividend | | | Sold (part) | 1/10/12 | K | D | |
| 654. VERIZON COMMUNICATIONS | | | | | Sold | 1/11/12 | J | A | |
| 655. VISA INC CL A | A | Dividend | K | T | Buy | 1/12/12 | J | | |
| 656. VISA INC CL A | | | | | Sold (part) | 02/13/12 | K | D | |
| 657. VISA INC CL A | | | | | Sold (part) | 02/14/12 | K | E | |
| 658. VISA INC CL A | | | | | Sold (part) | 12/6/12 | K | D | |
| 659. WESTLANDS CA WTR DIST MBIA 5.25% 9/1/17 | D | Interest | | | Sold | 11/26/12 | M | A | |
| 660. TRUST #2 | | | | | | | | | |
| 661. AMERICAN FUNDS CAPITAL CALIFORNIA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/10/12 | J | | |
| 662. AMERICAN FUNDS CAPITAL CALIFORNIA CORE MUNICIPAL FUND | | | | | Buy | 06/11/12 | J | | |
| 663. AMERICAN FUNDS CAPITAL CALIFORNIA CORE MUNICIPAL FUND | | | | | Buy | 09/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. AMERICAN FUNDS CAPITAL CORE MUNICIPAL FUND | C | Dividend | N | T | Buy | 02/14/12 | J | | |
| 665. AMERICAN FUNDS CAPITAL CORE MUNICIPAL FUND | | | | | Buy | 09/26/12 | J | | |
| 666. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F2 | D | Dividend | M | T | Buy | 1/10/12 | J | | |
| 667. AMERICAN FUNDS AMERICAN FUNDS CAPITAL INCOME BUILDER CL F2 | | | | | Buy | 09/21/12 | J | | |
| 668. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | C | Dividend | M | T | Buy | 09/26/12 | J | | |
| 669. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | D | Dividend | N | T | Buy | 01/10/12 | J | | |
| 670. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | | | | | Buy | 02/14/12 | J | | |
| 671. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | | | | | Buy | 06/11/12 | J | | |
| 672. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | | | | | Buy | 09/26/12 | J | | |
| 673. AMERICAN FUNDS GROWTH FUND OF AMERICA | B | Dividend | M | T | Buy | 09/26/12 | J | | |
| 674. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F2 | C | Dividend | M | T | Buy | 09/26/12 | J | | |
| 675. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | B | Dividend | L | T | Buy | 09/26/12 | J | | |
| 676. AMERICAN FUNDS NEW WORLD FUND CL F2 | D | Dividend | N | T | Buy | 06/11/12 | J | | |
| 677. AMERICAN FUNDS NEW WORLD FUND CL F2 | | | | | Buy | 09/26/12 | J | | |
| 678. AMERICAN FUNDS SMALLCAP WORLD FUND CL F2 | B | Dividend | L | T | Buy | 06/11/12 | J | | |
| 679. AMERICAN FUNDS SMALLCAP WORLD FUND CL F2 | | | | | Buy | 09/26/12 | J | | |
| 680. SSGA US GOV MONEY MARKET FUND | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. MS Brokerage Asset Acct. | | | | | | | | | |
| 682. Alameda Co CTFS 5.375% 12/1/16 | C | Interest | | | Sold | 05/14/12 | M | A | |
| 683. Alhambra CA Sch Dist 3.0% 8/1/26 | C | Interest | L | T | Buy | 08/01/12 | L | | |
| 684. Alvord CA Sch Dist 5.0% 8/1/27 | D | Interest | N | T | Buy | 05/14/12 | M | | |
| 685. Alvord CA Sch Dist 5.0% 8/1/27 | | | | | Buy | 05/30/12 | M | | |
| 686. Aruba Network Service (X) | | None | L | T | | | | | |
| 687. Banning CA Sch Dist. 4.75% 8/1/23 | B | Interest | K | T | | | | | |
| 688. Belmont CA Fing Auth 4.0% 9/1/26 | C | Interest | M | T | Buy | 07/17/12 | M | | |
| 689. Berkeley CA Sch Dist. 3.875% 8/01/18 | D | Interest | M | T | | | | | |
| 690. Burbank CA Pub Fling 5.250% 12/1/17 | D | Interest | M | T | | | | | |
| 691. Buttonwillow CA Sch Dist 5.5% 11/1/27 | C | Interest | L | T | Buy | 03/28/12 | L | | |
| 692. CA ST Dept Wtr 5.00% 5/1/21 | B | Interest | L | T | | | | | |
| 693. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |
| 694. Cal ST GO 4.500% 8/01/26 | E | Interest | N | T | | | | | |
| 695. CA ST GO 5.0% 8/1/27 | C | Interest | M | T | Buy | 1/17/12 | M | | |
| 696. CA ST GO 4.75% 9/1/28 | B | Interest | L | T | Buy | 11/1/12 | L | | |
| 697. Cal ST Pub Works 5.25% 12/1/26 | D | Interest | M | T | Buy | 5/30/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Cal ST Pub Works 4.0% 6/1/27 | D | Interest | N | T | Buy | 5/14/12 | M | | |
| 699. Cal ST Pub Works 4.0% 6/1/27 | | | | | Buy | 5/30/12 | M | | |
| 700. CA St Pub Works 5.25% 6/1/20 | C | Interest | L | T | | | | | |
| 701. CA ST Pub Works 4.600% 12/1/20 | C | Interest | | | Redeemed | 12/3/12 | L | A | |
| 702. CA ST Pub Works 4.200% 5/1/19 | C | Interest | M | T | | | | | |
| 703. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 704. Carmichael CA WTR Dist 5.0% 11/1/25 | B | Interest | L | T | Buy | 7/12/12 | L | | |
| 705. Chino Hills CA Tax Rev 4.25% 9/1/24 | B | Interest | L | T | | | | | |
| 706. Chula Vista CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 707. Chula Vista CA Sch Dist 4.0% 8/1/26 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 708. Coachella CA Sch Dist 5.000% 8/1/19 | C | Interest | L | T | | | | | |
| 709. Colton CA Sch Dist 3.25% 8/1/26 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 710. Compton CA WTR Rev 5.625% 8/1/27 | D | Interest | M | T | Buy | 3/28/12 | M | | |
| 711. Cupertino CA CTFS 3.0% 7/1/26 | C | Interest | M | T | Buy | 5/30/12 | M | | |
| 712. Delano CA Sch Dist 4.000% 2/1/25 | C | Interest | M | T | | | | | |
| 713. Delano CA Sch Dist 4.5% 8/1/27 | C | Interest | M | T | Buy | 1/17/12 | M | | |
| 714. Desert CA Cmuty Coll. 5.00% 8/1/23 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Dublin CA Sch Dist 4.125% 8/1/21 | D | Interest | M | T | | | | | |
| 716. Dublin CA Sch Dist 5.0% 8/1/25 | B | Interest | L | T | Buy | 1/17/12 | L | | |
| 717. East Bay CA Util Dist. 5.000% 6/1/18 | C | Interest | L | T | | | | | |
| 718. East Side Sch Dist 5.0% 8/1/24 | C | Interest | L | T | Buy | 2/2/12 | L | | |
| 719. El Monte CA Sch Dist. 5.000% 6/1/22 | C | Interest | M | T | | | | | |
| 720. Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |
| 721. Fairfield CA Sch. Dist. 4.000% 8/7/27 | C | Interest | L | T | | | | | |
| 722. Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 723. Fremont CA Sch Dist 5.0% 8/1/25 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 724. Fresno CA Sch Dist 5.25% 8/1/27 | D | Interest | M | T | Buy | 1/17/12 | M | | |
| 725. Fresno CA Sch Dist 3.5% 8/1/26 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 726. Gilroy CAFing Auth. 4.000% 11/01/24 | C | Interest | M | T | | | | | |
| 727. Hemet CA Sch Dist 4.0% 8/1/23 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 728. Hollister CA Fing Auth. 5.000% 6/01/25 | C | Interest | L | T | | | | | |
| 729. Huntington Beach CA Pub Fing 5.0% 9/1/25 | C | Interest | M | T | Buy | 1/17/12 | M | | |
| 730. Imperial CNTY CA Sch Dist 3.25% 6/1/23 | B | Interest | L | T | Buy | 7/13/12 | L | | |
| 731. Jefferson CA Sch Dist. 5.000% 8/1/26 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Jefferson CA Sch Dist. 5.0% 7/15/26 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 733. Kern CNTY CA Wtr Dist 5.0% 5/1/28 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 734. Lake Arrowhead CA Dist Wtr 4.500% 10/1/26 | C | Interest | L | T | | | | | |
| 735. Liberty CA High Sch. 4.250% 8/1/26 | B | Interest | L | T | | | | | |
| 736. Lincoln CA Sch Dist. 4.500% 8/1/19 | D | Interest | M | T | | | | | |
| 737. Lodi CA Elec Sys 4.5% 7/1/25 | C | Interest | L | T | Buy | 1/17/12 | L | | |
| 738. Los Angeles CA Comm College 5.0% 8/1/26 | B | Interest | K | T | Buy | 1/18/12 | K | | |
| 739. Los Angeles CA DWP 5.0% 7/1/26 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 740. Los Angeles CA Sch Dist 4.75% 7/1/25 | C | Interest | M | T | Buy | 1/17/12 | M | | |
| 741. Los Angeles CA Sch Dist. 4.50% 7/1/22 | B | Interest | L | T | | | | | |
| 742. Madera Co CTFS 4.250% 8/1/22 | C | Interest | M | T | | | | | |
| 743. Malibu CA CTFS 4.5% 7/1/27 | C | Interest | M | T | Buy | 7/16/12 | M | | |
| 744. Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 745. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 746. Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |
| 747. Oceanside CA Sch Dist 4.5% 8/1/28 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 748. Oxnard CA Fing Auth. 4.750% 6/1/24 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Palmdale CA Redev Agy 3.800% 9/1/16 | D | Interest | M | T | | | | | |
| 750. Palm Desert CTFS 5.00% 4/01/22 | B | Interest | L | T | | | | | |
| 751. Pasadena CA Elec Rev 5.000% 6/1/16 | C | Interest | | | Sold | 5/14/12 | M | A | |
| 752. Pasadena CA CTFS 5.0% 2/1/24 | C | Interest | M | T | Buy | 7/16/12 | M | | |
| 753. Pasadena CA Elec Rev 4.0% 8/1/24 | B | Interest | L | T | Buy | 2/2/12 | L | | |
| 754. Placentia-Yorba Linda CA Sch Dist 2.75% 8/1/26 | A | Interest | L | T | Buy | 11/28/12 | M | | |
| 755. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 756. Redding CA Elec Sys 5.0% 6/1/27 | B | Interest | L | T | Buy | 5/31/12 | L | | |
| 757. Redlands CA Sch Dist. 5.000% 7/1/25 | D | Interest | M | T | | | | | |
| 758. Redondo Beach CA Sch Dist 4.0% 8/1/25 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 759. Redwood City CA Sch Dist 3.0% 8/1/26 | B | Interest | M | T | Buy | 7/12/12 | M | | |
| 760. Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |
| 761. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 762. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 763. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | M | T | | | | | |
| 764. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 765. San Diego CA Sch Dist 5.5% 7/1/24 | C | Interest | M | T | Buy | 7/13/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wardlaw, Kim M.

08/05/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. San Diego CNTY CA Regl Trans 5.0% 4/1/29 | C | Interest | M | T | Buy | 7/13/12 | M | | |
| 767. San Francisco CA Pub Util 5.0% 11/1/25 | C | Interest | M | T | Buy | 7/12/12 | M | | |
| 768. San Francisco CA Pub Util 5.0% 11/1/26 | C | Interest | L | T | Buy | 3/28/12 | L | | |
| 769. San Gabriel CA Sch Dist 5.25% 8/1/24 | D | Interest | M | T | Buy | 2/2/12 | M | | |
| 770. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | M | T | | | | | |
| 771. San Leandro CA Sch Dist 4.5% 8/1/26 | B | Interest | L | T | Buy | 7/12/12 | L | | |
| 772. San Luis Obispo CA CAP IMPR 4.0% 12/1/27 | C | Interest | M | T | Buy | 5/30/12 | M | | |
| 773. Santa Clara CA Sch Dist 3.500% 7/1/24 | D | Interest | M | T | | | | | |
| 774. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 775. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 776. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 777. Santa Rosa CA Wtr Rev 5.0% 9/1/26 | C | Interest | M | T | Buy | 5/30/12 | M | | |
| 778. So Cal Logistics 4.125% 12/1/20 | C | Interest | L | T | | | | | |
| 779. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 780. So Gate CA fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |
| 781. Stockton CA Sch Dist 5.000% 8/1/24 | C | Interest | L | T | | | | | |
| 782. The Pantry common stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Tracy CA Jt Powers 4.200% 9/2/17 | B | Interest | K | T | | | | | |
| 784. Turlock CA Pub Fing 4.300% 9/15/16 | B | Interest | K | T | | | | | |
| 785. Western Riverside WTR 4.250% 9/1/21 | C | Interest | L | T | | | | | |
| 786. Yountville CA Fin Auth 4.375% 10/1/24 | B | Interest | L | T | | | | | |
| 787. MS Bank Deposit | A | Interest | K | T | | | | | |
| 788. FS Equity Partners IV | | | | | | | | | |
| 789. Sur La Table | | None | M | U | | | | | |
| 790. Ross-Simmons | | None | M | U | | | | | |
| 791. FS Equity Partners V | | | | | | | | | |
| 792. N.E.W. Companies common stock | G | Dividend | | | Sold | 5/17/12 | P1 | H1 | |
| 793. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 794. Bright Now Inc common stock | | None | N | U | | | | | |
| 795. Mattress Giant Corp common stock | | None | | | Sold | 5/21/12 | J | | |
| 796. Savers Inc common stock | | None | | | Sold | 7/9/12 | P2 | H2 | |
| 797. PETCO Animal Supply common stock | G | Dividend | N | U | Sold (part) | 12/28/12 | P1 | H1 | |
| 798. El Polo Loco Inc common stock | | None | N | U | | | | | |
| 799. FS Equity Partners VI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Paradies Holdings common stock | | None | N | U | | | | | |
| 801. BECO Holding Co common stock | G | Dividend | O | U | | | | | |
| 802. Floor and Decor common stock | | None | O | U | | | | | |
| 803. Boot Barn common stock | | None | N | U | | | | | |
| 804. First Watch common stock | | None | N | U | | | | | |
| 805. MicroStar Common Stocks | | None | O | U | Buy | 12/28/12 | O | | |
| 806. Riordan Venture Assoc. (L.P. Inc.) | | | | | | | | | |
| 807. RLH Silversado Dividend Pref. Stock debt | A | Interest | | | Sold | 3/14/12 | K | B | |
| 808. Cymetrix Corp common stock | | None | J | U | | | | | |
| 809. Con-Cise Lens Co common stock | | None | | | Sold | 10/25/12 | K | D | |
| 810. Saebro Inc common stock | | None | J | U | | | | | |
| 811. Maxit common stock | | None | | | Sold | 8/14/12 | M | F | |
| 812. Triple 7 Group common stock | | None | J | U | | | | | |
| 813. TW Holdings common stock | | None | J | U | | | | | |
| 814. Cyber Coders Holdings common stock | | None | J | U | | | | | |
| 815. Creative Circle preferred and common stock | | None | | | Sold | 9/27/12 | K | E | |
| 816. Apothecary Shops preferred stock | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  Secure Mission Solutions LLC | | None | K | U | | | | | |
| 818.  ONE Industries common stock | | None | J | U | | | | | |
| 819.  Bluewolf Group LLC | | None | K | U | | | | | |
| 820.  Siteworx | | None | J | U | Buy | 10/26/12 | J | | |
| 821.  Charter Group | | None | J | U | Buy | 11/20/12 | J | | |
| 822.  RGM Group | | None | J | U | Buy | 6/25/12 | J | | |
| 823.  DCRX Infusion | | None | J | U | Buy | 11/27/12 | J | | |
| 824.  Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 825.  MS Retire Accts (401k-profit) | | | | | | | | | |
| 826.  Invesco Pacific Growth Fund | A | Dividend | M | T | | | | | |
| 827.  MSDW Liquit Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 828.  Hewlett Packard common stock | A | Dividend | J | T | | | | | |
| 829.  Procter & Gamble common stock | C | Dividend | M | T | | | | | |
| 830.  CVS Corp. common stock | A | Dividend | | | Sold | 3/29/12 | K | E | |
| 831.  Altria Group common stock | A | Dividend | K | T | | | | | |
| 832.  Cisco Sys common stock | B | Dividend | K | T | | | | | |
| 833.  Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. Mondelez Int'l common stock | A | Dividend | J | T | Spinoff (from line 833) | 10/2/12 | J | | |
| 835. Philip Morris | B | Dividend | K | T | | | | | |
| 836. Invesco Div. Growth Fund | C | Dividend | M | T | | | | | |
| 837. American Funds New World Fund | C | Dividend | N | T | Buy | 1/30/12 | L | | |
| 838. American Funds New World Fund | | | | | Buy | 10/2/12 | K | | |
| 839. R&M Encelle Partners (Partnership Interest) | | None | K | U | | | | | |
| 840. Trust #3 (M/S UTM- | | | | | | | | | |
| 841. General Elec common stock | A | Dividend | J | T | | | | | |
| 842. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 843. TRUST #4 (IR- | | | | | | | | | |
| 844. American Funds Capital Core Municipal Fund | A | Dividend | K | T | Sold (part) | 10/22/12 | J | A | |
| 845. American Funds Capital Income Builder Inc CL F2 | B | Dividend | K | T | Buy | 1/10/12 | J | | |
| 846. American Funds Capital World Growth & Income Fund CL F2 | B | Dividend | K | T | Sold (part) | 7/25/12 | J | A | |
| 847. American Funds EuroPacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 848. American Funds Fundamental Investors Inc CLF2 | B | Dividend | L | T | Sold (part) | 1/24/12 | J | A | |
| 849. American Funds Fundamental Investors Inc CLF2 | | | | | Sold (part) | 4/26/12 | J | A | |
| 850. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  American Funds Investment Company of America CL F2 | A | Dividend | K | T | | | | | |
| 852.  American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |
| 853.  American Funds New World Fund CL F2 | A | Dividend | K | T | | | | | |
| 854.  American Funds SmallCap World Fund CL F2 | A | Dividend | J | T | | | | | |
| 855.  American Funds Cash Mgmt Trust of America | B | Dividend | P1 | T | | | | | |
| 856.  Trust #5 (IR-▩) | | | | | | | | | |
| 857.  American Funds Capital Core Municipal Fund | A | Dividend | K | T | Sold (part) | 10/29/12 | J | A | |
| 858.  American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | Buy | 1/10/12 | J | | |
| 859.  American Funds Capital World Growth & Income | B | Dividend | K | T | Sold (part) | 7/25/12 | J | A | |
| 860.  American Funds EuroPacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 861.  American Funds Fundamental Investors Inc CL F2 | B | Dividend | L | T | Sold (part) | 1/24/12 | J | A | |
| 862.  American Funds Fundamental Investors Inc CL F2 | | | | | Sold (part) | 4/26/12 | J | A | |
| 863.  American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 864.  American Funds Investment Company of America CL F2 | A | Dividend | K | T | | | | | |
| 865.  American Funds New Perspective Fund CL F2 | A | Dividend | K | T | | | | | |
| 866.  American Funds New World Fund CL F2 | A | Dividend | K | T | | | | | |
| 867.  American Funds SmallCap World Fund CL F2 | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. American Funds Cash Mgmt Trust of America | B | Dividend | P1 | T | | | | | |
| 869. Trust #6 (98- | | | | | | | | | |
| 870. Invesco Dividend Growth | A | Dividend | L | T | | | | | |
| 871. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 872. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 873. N.E.W. Companies common stock | C | Dividend | | | Sold | 5/17/12 | O | G | |
| 874. HH Gregg Inc common stock | | None | J | U | | | | | |
| 875. Bright Now Inc common stock | | None | J | U | | | | | |
| 876. Mattress Giant Corp common stock | | None | | | Sold | 5/21/12 | J | | |
| 877. Savers Inc common stock | | None | | | Sold | 7/9/12 | O | G | |
| 878. PETCO Animal Supply common stock | C | Dividend | J | U | Sold (part) | 12/28/12 | M | G | |
| 879. El Pollo Loco common stock | | None | J | U | | | | | |
| 880. American Funds Capital California Core Municipal Fund | D | Dividend | O | T | Buy | 1/10/12 | J | | |
| 881. American Funds Capital California Core Municipal Fund | | | | | Buy | 6/11/12 | J | | |
| 882. American Funds Capital California Core Municipal Fund | | | | | Buy | 9/26/12 | J | | |
| 883. American Funds Capital Core Municipal Fund | C | Dividend | N | T | Buy | 2/14/12 | J | | |
| 884. American Funds Capital Core Municipal Fund | | | | | Buy | 9/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. American Funds Capital Income Builder Inc CL F2 | D | Dividend | M | T | Buy | 1/10/12 | J | | |
| 886. American Funds Capital Income Builder Inc CL F2 | | | | | Buy | 9/21/12 | J | | |
| 887. American Funds Capital World Growth & Income Fund CL F2 | A | Dividend | | | Sold | 9/26/12 | K | D | |
| 888. American Funds EuroPacific Growth Fund CL F2 | C | Dividend | M | T | Buy | 9/26/12 | J | | |
| 889. American Funds Fundamental Investors Inc CL F2 | D | Dividend | N | T | Buy | 1/18/12 | J | | |
| 890. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 2/14/12 | J | | |
| 891. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 6/11/12 | J | | |
| 892. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 9/26/12 | J | | |
| 893. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | Buy | 9/26/12 | J | | |
| 894. American Funds Investment Company of America CL F2 | C | Dividend | M | T | Buy | 9/26/12 | J | | |
| 895. American Funds New Perspective Fund CL F2 | B | Dividend | L | T | Buy | 9/26/12 | J | | |
| 896. American Funds New World Fund CL F2 | D | Dividend | N | T | Buy | 6/11/12 | J | | |
| 897. American Funds New World Fund CL F2 | | | | | Buy | 9/26/12 | J | | |
| 898. American Funds SmallCap World Fund CL F2 | B | Dividend | L | T | Buy | 6/11/12 | J | | |
| 899. American Funds SmallCap World Fund CL F2 | | | | | Buy | 9/26/12 | J | | |
| 900. American Funds Cash Mgmt Trust of America | A | Dividend | N | T | | | | | |
| 901. Trust #7 (98-███) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  Invesco Dividend Growth | A | Dividend | L | T | | | | | |
| 903.  American Funds New World Fund | C | Dividend | N | T | | | | | |
| 904.  MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 905.  N.E.W. Companies common stock | C | Dividend | | | Sold | 5/17/12 | O | G | |
| 906.  HH Gregg Inc common stock | | None | J | U | | | | | |
| 907.  Bright Now Inc common stock | | None | J | U | | | | | |
| 908.  Mattress Giant Corp common stock | | None | | | Sold | 5/2/12 | J | | |
| 909.  Savers Inc common stock | | None | | | Sold | 7/9/12 | O | G | |
| 910.  PETCO Animal Supply common stock | C | Dividend | J | U | Sold<br>(part) | 12/28/12 | M | G | |
| 911.  El Pollo Loco common stock | | None | J | U | | | | | |
| 912.  American Funds Capital California Core<br>Muni Fund | D | Dividend | O | T | Buy | 1/10/12 | J | | |
| 913.  American Funds Capital California Core<br>Muni Fund | | | | | Buy | 6/11/12 | J | | |
| 914.  American Funds Capital California Core<br>Muni Fund | | | | | Buy | 9/26/12 | J | | |
| 915.  American Funds Capital Core Municipal<br>Fund | C | Dividend | N | T | Buy | 2/14/12 | J | | |
| 916.  American Funds Capital Core Municipal<br>Fund | | | | | Buy | 9/26/12 | J | | |
| 917.  American Funds Capital Income Builder Inc<br>CL F2 | D | Dividend | M | T | Buy | 1/10/12 | J | | |
| 918.  American Funds Capital Income Builder Inc<br>CL F2 | | | | | Buy | 9/21/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. American Funds Capital World Growth & Income Fund CL F2 | A | Dividend | | | Sold | 9/26/12 | K | D | |
| 920. American Funds EuroPacific Growth Fund CL F2 | C | Dividend | M | T | Buy | 9/26/12 | J | | |
| 921. American Funds Fundamental Investors Inc CL F2 | D | Dividend | N | T | Buy | 1/10/12 | J | | |
| 922. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 2/14/12 | J | | |
| 923. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 6/11/12 | J | | |
| 924. American Funds Fundamental Investors Inc CL F2 | | | | | Buy | 9/26/12 | J | | |
| 925. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | Buy | 9/26/12 | J | | |
| 926. American Funds Investment Company of America CL F2 | C | Dividend | M | T | Buy | 9/25/12 | J | | |
| 927. American Funds New Perspective Fund CL F2 | B | Dividend | L | T | Buy | 9/24/12 | J | | |
| 928. American Funds New World Fund CL F2 | D | Dividend | N | T | Buy | 6/12/12 | J | | |
| 929. American Funds New World Fund CL F2 | | | | | Buy | 9/26/12 | J | | |
| 930. American Funds SmallCap World Fund CL F2 | B | Dividend | L | T | Buy | 6/16/12 | J | | |
| 931. American Funds SmallCap World Fund CL F2 | | | | | Buy | 9/26/12 | J | | |
| 932. American Funds Cash Mgmt Trust of America | A | Dividend | N | T | | | | | |
| 933. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 934. Real Estate Partnership - W.O. | | None | M | U | Buy | 11/15/12 | L | | |
| 935. Real Estate Partnership - Lau W | | None | M | U | Buy | 8/30/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. Dorset Capital Partnership Invest | A | Interest | L | U | | | | | |
| 937. Citibank Money Market Fund | D | Interest | P1 | T | | | | | |
| 938. Citibank Checking | A | Interest | L | T | | | | | |
| 939. Citibank Checking | A | Interest | M | T | | | | | |
| 940. Fargo Investment Partnership (Y) | | None | M | U | Sold (part) | 7/30/12 | J | A | |
| 941. Bulldog Partners I | | None | | | Sold | 3/15/12 | J | A | |
| 942. Bulldog Partners II | | None | | | Sold | 3/15/12 | J | A | |
| 943. Regents Banshares | | None | | | Sold | 1/26/12 | M | E | |
| 944. JRK Multifamily LP | | None | M | U | Buy | 5/23/12 | L | | |
| 945. Clean Diesel Tech, Inc. Common Stock | | None | | | Sold | 7/18/12 | J | | |
| 946. Urban Housing Investment Fund | | None | L | U | | | | | |
| 947. JP Morgan Account | | | | | | | | | |
| 948. Bluebay Emerging Market Fund | | None | O | T | Buy | 10/31/12 | O | | |
| 949. Gavea Fund | | None | P1 | T | Buy | 10/31/12 | P1 | | |
| 950. Global Access Explorer Fund | | None | O | T | Buy | 10/31/12 | O | | |
| 951. Maverick Fund | | None | O | T | Buy | 10/31/12 | O | | |
| 952. York Credit Opportunity Fund | | None | P1 | T | Buy | 10/31/12 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. Blackstone Real Estate Fund | | None | O | T | Buy | 10/31/12 | O | | |
| 954. JPM Realty Income Fund | A | Dividend | M | T | Buy | 10/12/12 | M | | |
| 955. BNP Brent CBEN 11/16/13 | | None | M | T | Buy | 10/26/12 | M | | |
| 956. IPath-UBS Commodity Index Fund | | None | M | T | Buy | 12/19/12 | M | | |
| 957. SPDR Gold Trust | | None | L | T | Buy | 10/12/12 | L | | |
| 958. JPM Mort-Backed Fund | B | Dividend | N | T | Buy | 10/12/12 | M | | |
| 959. JP Morgan Floating Rate Fund | B | Dividend | N | T | Buy | 10/12/12 | M | | |
| 960. GS MXN Note 12/23/13 | | None | L | T | Buy | 12/7/12 | L | | |
| 961. Brevan Howard Emerging Market Fund | | None | O | T | Buy | 11/2/12 | O | | |
| 962. JPMorgan Tri Ex Fund | A | Dividend | L | T | Buy | 10/12/12 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1, IRA covers line 2 through 25

Line 26, Trust 1 covers line 27

Line 28, Schwab Pension Acct (IRA) covers line 29 through 79

Line 80, Capital Trust Account covers line 81 through 659

Line 660, Trust 2 covers 661 through 680

Line 681, MS Brokerage Asset Acct covers line 682 through 786

Line 787, MS Bank Deposit covers line 787

Line 788, FS Equity Partners IV covers line 789 through 790

Line 791, FS Equity Partners V covers line 792 through 798

Line 799, FS Equity Partners VI covers line 800 through 805

Line 806, Riordan Venture Assoc. (L.P. Int.) covers line 807 through 823

Line 824, Bistro 45 common stock covers line 824

Line 825, MS Retire Accts (401k-profit) covers line 826 through 838

Line 839, R&M Encelle Partners (Partnership Interest) covers line 839

Line 840 , Trust #3 (M/S UTM-   covers line 841 through 842

Line 843, Trust #4 (IR-   covers line 844 through 855

Line 856, Trust #5 (IR-   covers line 857 through 868

Line 869, Trust #6 (98-   covers line 870 through 900

Line 901, Trust #7 (98-   covers line 902 through 932

Line 933, Real Estate Partnership - Lau, covers line 933

Line 934, Real Estate Partnership - W.O., covers line 934

Line 935, Real Estate Partnership - Lau W, covers line 935

Line 936, Dorset Capital Partnership Invest covers line 936

Line 937, Citibank Money Market Fund covers line 937

Line 938, Citibank Checking covers line 938

Line 939, Citibank Checking covers line 939

Line 940, Fargo Investment Partnership covers line 940

Line 941, Bulldog Partners I, covers line 941

Line 942, Bulldog Partners II, covers line 942

Line 943, Regents Banshares, covers line 943

Line 944, JRK Multifamily LP covers line 944

Line 945, Clean Diesel Tech, Inc. Common Stock covers line 945

Line 946, Urban Housing Investment Fund line 946

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting *(Indicate part of report.)* | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 947, JP Morgan Account covers lines 948 through 963

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kim M. Wardlaw**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544